869 A.2d 883

IN THE MATTER OF HOWARD M. DORIAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 000381978).

March 31, 2005.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–278, concluding that **HOWARD M. DORIAN** of **CLIFFSIDE PARK**, who was admitted to the bar of this State in 1978, should be suspended from the practice of law for a period

of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate with client and to explain matter to client to the extent reasonably necessary to allow client to make informed decision about the representation), *RPC* 1.16(d) (failure to protect client's interest on termination of representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And **HOWARD M. DORIAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **HOWARD M. DORIAN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective April 25, 2005; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.